rachelzaragozadism

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00080 |
| Plaintiff, | |
| vs. | UNITED STATE'S MOTION TO DISMISS INFORMATION |
| RACHEL C. ZARAGOZA, | |
| Defendant. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause, as to defendant RACHEL C. ZARAGOZA, be dismissed without prejudice, in the interest of justice.

Respectfully submitted this 17th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney