LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> RACHEL C. ZARAGOZA, <br> Defendant. | CRIMINAL CASE NO. 03-00080 <br><br> **O R D E R** <br> Re: March 17, 2006 <br> United States' Motion to <br> Dismiss Information |

This matter having come before this Honorable Court based on the United States' Motion to Dismiss Information in the above-captioned matter; and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the Information be dismissed.

March 20, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL