AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      GUAM

UNITED STATES OF AMERICA

v.

RACHEL C. ZARAGOZA

## WARRANT FOR ARREST

Case Number: CR-03-00080-001

**FILED**
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

*U.S. MARSHALS - GUAM RECEIVED 20 OCT 2003 12 14*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **RACHEL C. ZARAGOZA**
                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    **X** Order of court    ☐ Violation    ☐ Probation Violation Petition

charging him or her     (brief description of offense)

**FAILURE TO APPEAR FOR INITIAL APPEARANCE RE INFORMATION**

in violation of             United States Code, Section(s)         

| | |
|---|---|
| **MARILYN B. ALCON** | **Deputy Clerk** |
| Name of Issuing Officer | Title of Issuing Officer |
| *Marilyn B. Alcon* (signature) | October 20, 2003, Hagatna, Guam |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ **5,000.00**        by       **HONORABLE JOHN S. UNPINGCO**
                                                                 Name of Judicial Officer

*ORIGINAL*

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

*Motion To Dismiss*

| DATE RECEIVED 10/20/03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | John Curry CZ DUSM | (signature) |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____